381 A.2d 910

Margules v. Margules, Appellant.

 Argued September 19, 1977. Mary Bell Hammerman, for appellant; William Morrow, with him Karabel & Morrow, for appellee.

Order affirmed.

JACOBS and PRICE, JJ., did not participate in the consideration or decision of this case.